FILED by DR D.C.
ELECTRONIC
**FEB. 28, 2014**

UNITED STATES DISTRICT COURT

Southern District of Florida

ANGELA RUBBO BECKCOM

    Plaintiff,

CASE NUMBER -- **14-60517-CIV-COHN/SELTZER**

VS.

JUDGE --

VERIZON WIRELESS, INC

    Defendant,

_____/

## COMPLAINT

NOW COMES the Plaintiff's PRO SE complaint aginast the Defendant. Verizon Wireless, inc

### JURISDICTION AND IDENTIFICATION OF PARTIES

This court has full jurisdiction over this case do to the fact that the information sought by the Plaintiff is having to do with phone and text message records within the state of Florida and the state of Texas meaning since its interstate this court has jurisdiction over this matter.

1- This is a civil action to issue a court ordered Subpoena to obtain information under the state and federal freedom of information act to obtain the information demanded and requested by the Plaintiff listed above in this case.

2- The Defendant's principal place of business is in Florida and around the United States of America and around the world.

### FACTS

1

1- The purpose for the Plaintiff filing this complaint to issue a court ordered Subpoena to the Defendant is do to the following. The Plaintiff's husband has a cell phone provided by the Defendant's company.

2- The Plaintiff's husband has embezzeled possibly Hundreds of Thousands of dollars from the Plaintiff and her company. And for purposes of presenting this argument to local law enforment so they can have grounds to start a investigation. The Plaintiff needs proof to her claim which is 100% real and the Defendant has complete cell phone text message records which will show proof of the Plaintiff's husbands crminal activity leaving the Plaintiff a victim. The records the Defendant is holding will show text messages of the Plaintiff's husband criminal actions.

3- The Plaintiff has contacted and made several attempts to reach out the Defendant's counsel of record as well as the Defendant's corporate Headquarters and they have both refused to even talk about resolving the issues in this case. The Defendant has even gone as far as telling the Plaintiff get a court order or a Subpoena if you want the information. Now thats what the Plainitff has been forced to do by filing this complaint with the courts and having the clerk of the court issue a Subpoena to the Defendant. The Plaintiff has also sent two prior demand letters to the Defendant and both letters have been ignored as of the eve of the filing of this case.

WHEREFORE, The Plaintiff demands from the Defendant that they totally comply with the subpoena issued by the court. In the event that the Defendant fails to comply with everthing being demanded by the Plaintiff in the Subpoena. The Plainitff will be forced to file contempt charges with this court agianst the Defendant for failure to comply on time with the Plaintiff's demands and Subpoena. The Plaintiff also is demanding attorneys fee's associated with this case and court costs as well and process serving fee's etc etc do to the Defendant forcing the Plaintiff to take legal action against the Defendant.

I HEREBY CERTIFY THIS COMPLAINT WILL BE FILED WITH THE CLERK OF THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA LOCATED IN FORT LAUDERDALE FLORIDA ON 2-27-2014

_____

FILED BY --ANGELA BECKCOM--PRO SE

2720 EAST OAKLAND PARK BLVD SUITE -106 FORT LAUDERDALE FL 33306

832-492-3048